173 So.2d 543

## William W. BOLDING

v.

## EASON OIL COMPANY et al.

### No. 47671.

April 15, 1965.

In re: William W. Bolding applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 170 So.2d 883.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

173 So.2d 543

## Archie G. TAYLOR

v.

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.

### No. 47693.

April 15, 1965.

In re: State Farm Mutual Automobile Insurance Co. and Hartford Accident & Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 171 So.2d 816.

Writ granted as to State Farm Mutual Automobile Ins. Co., but limited to a consideration of the question of whether Daniel Taylor was a resident of the household of Garnie Taylor in Arkansas at the time of the accident (Assignment of Error No. 1). In all other respects the application is denied.

173 So.2d 543

## GULF STATES UTILITIES COMPANY

v.

## DIXIE ELECTRIC MEMBERSHIP CORPORATION.

### No. 47703.

April 15, 1965.

In re: Gulf States Utilities Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 172 So.2d 116.

Granted. Limited to the correctness of the decree of the Court of Appeal in dismissing plaintiff's suit on a motion to dismiss in lieu of considering the matter on appeal. See applicant's Assignment of Error No. 1.